IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOLDEN CROWN PUBLISHING, LLC,<br><br>           Plaintiff,<br><br>v.<br><br>SONY MUSIC ENTERTAINMENT d/b/a/ COLUMBIA RECORDS; JONATHAN H. SMITH p/k/a LIL JON; LIL' JON TOURING, INC.; LIL' JON PRODUCTIONS, INC.; LIL JON MERCHANDISING INC.; LIL' JON 00017, INC.; WILLIAM SAMI ETIENNE GRIGAHCINE p/k/a DJ SNAKE; DJ SNAKE MUSIC, LLC; DJ SNAKE TOURING, LLC; MARTIN JOSEPH LEONARD BRESSO p/k/a TCHAMI; STEVE GUESS; COOKIES AND MILK, LLC d/b/a KING OF CRUNK MUSIC; KOBALT MUSIC PUBLISHING AMERICA, INC. d/b/a SONGS OF KOBALT MUSIC PUBLISHING; BMG RIGHTS MANAGEMENT (US) LLC d/b/a BMG GOLD SONGS; GET FAMILIAR INC. d/b/a GET FAMILIAR MUSIC,<br><br>           Defendants. | Case No. 17-cv-03329 (PKC)<br><br>**STIPULATION OF DISMISSAL** |

Plaintiff Golden Crown Publishing, LLC ("Plaintiff") and Jonathan H. Smith p/k/a Lil Jon, William Grigahcine p/k/a DJ Snake, Martin Joseph Leonard Bresso, Sony Music Entertainment d/b/a Columbia Records, Lil' Jon Touring, Inc., Lil' Jon Productions, Inc., Lil Jon Merchandising Inc, Lil' Jon 00017, Inc., DJ Snake Music, LLC, DJ Snake Touring, LLC, Cookies and Milk, LLC (incorrectly sued as "Cookies and Milk, LLC d/b/a King of Crunk Music"), Kobalt Music Publishing America, Inc. d/b/a Songs of Kobalt Music Publishing, BMG Rights Management, LLC d/b/a BMG Gold Songs, and Get Familiar Music LLC (incorrectly sued as "Get Familiar Inc.

d/b/a Get Familiar Music") (collectively, "Defendants") have agreed to a mutual resolution and hereby stipulate to the entry of this Stipulation of Dismissal as follows:

1. The Parties stipulate to the dismissal of the instant action with prejudice.

2. The Parties agree to bear their own costs and attorneys' fees incurred with respect to this action.

3. This Stipulation of Dismissal is executed in compromise and settlement of the claims in the action in order to avoid further litigation and controversy and is not, nor shall it be, construed as an admission of wrongdoing, culpability, or liability by any party to this Stipulation of Dismissal nor any third party for any purpose.

4. The Parties stipulate that the Court shall retain jurisdiction to enforce the terms of their agreement dated April 27, 2018.

Dated: 4/27, 2018

Richard S. Busch
KING & BALLOW
315 Union Street
Suite 1100
Nashville, TN 37210
*Attorneys for Plaintiff*

Dated: 4/27, 2018

Donald Zakarin
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
*Attorneys for Defendants*

SO ORDERED:

Dated: _____, 2018

_____
United States District Judge P. Kevin Castel